IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(NEWNAN)

| | |
|---|---|
| IN RE:<br>Catherine Lashawn Peterson,<br><br>**Debtor(s)**. | CASE NO. 25-10488-lrc<br>CHAPTER 13<br><br>Judge Lisa Ritchey Craig |
| Progress Residential Borrower 13, LLC<br><br>**Movant**<br><br>v.<br><br>Catherine Lashawn Peterson, Debtor(s); and Melissa J. Davey, Trustee<br><br>**Respondents**. | CONTESTED MATTER |

## MOTION TO LIFT STAY FOR DEBTOR'S NONCOMPLIANCE WITH STRICT COMPLIANCE ORDER

COMES NOW Progress Residential Borrower 13, LLC ("Movant"), and files this Motion to Lift Stay for Debtor's Noncompliance with Strict Compliance Order and shows the Court as follows:

1.

Debtor leases certain real property from Movant known as 212 Alton Cir, Villa Rica, GA 30180, (hereinafter, the "Property"). Movant sought relief from the automatic stay as to Debtor [Doc. 16], in light of the default under the terms of the lease agreement between the parties in failing to pay post-petition rent, late fees, and utilities for May and June 2025.

2.

This Court entered an Order Denying Motion for Relief from Stay with Strict Compliance ("Strict Compliance Order") on July 29, 2025 [Doc. 20] pursuant to terms consented to between Debtor and Movant.

1

3.

The terms of the Strict Compliance Order required Debtor to to resume strict compliance with the lease post petition commencing August 1, 2025. Debtor further agreed to either cure the total arrearage through July 2025 via an amended plan on/before August 15, 2025, or alternatively pay the total arrearage through July 2025 in full by February 6, 2026. Rent is due under the lease agreement on or before the first day of each month, being considered late if not paid by the third of each month.

4.

Any default under the terms of the Strict Compliance Order requires Movant to send notice of said default to Debtor and Debtors' attorney. Debtor has five (5) days from receipt of said notice to cure the default.

5.

Debtor failed to tender the required amounts under the Strict Compliance Order on time or in full.

6.

On August 28, 2025, counsel for Movant sent a Notice of Default pursuant to the terms of the Strict Compliance Order ("Notice of Default"). See Notice of Default attached hereto as **Exhibit 1**.

7.

Counsel for Debtor acknowledged receipt of the Notice of Default sent by email on September 2, 2025.

8.

2

Debtor failed to timely cure the default by tendering the sums due thereunder on or before the fifth (5th) day after receipt of said Notice. *See* Affidavit of Noncompliance, attached hereto as **Exhibit 2**.

9.

Movant therefore moves this Court to enter an Order granting it relief from the automatic stay as set forth within the Strict Compliance Order without further hearing.

10.

Movant is otherwise unable to exercise its state law remedies under the terms of the Lease Agreement so long as the automatic stay remains in effect.

WHEREFORE, Movant PROGRESS RESIDENTIAL BORROWER 13, LLC prays for the following relief:

(a)  That this Court grant Movant's Motion for Relief From Stay;

(b)  That the automatic stay pursuant to §§ 362 of the Bankruptcy Code be terminated, annulled, modified, and lifted to permit Movant to pursue all remedies available under Georgia law to recover possession of the Property and to allow Movant to apply any security deposit held by Movant to any post-petition amounts which came due under the terms of the Lease, and that the property be abandoned as property of the estate;

(c)  That the Court waive and/or modify Bankruptcy Rule 4001(a)(4) so as to allow Movant to proceed immediately with a dispossessory action;

(d)  That the Court award Movant its attorney's fees and costs in bringing of this Motion; and

(e)  For such other and further relief as this Court deems just and equitable.

Respectfully submitted, this Monday, September 8, 2025.

| | |
|---|---|
| THE TOTTEN FIRM, LLC | /s/ Matthew F. Totten |
| 2090 Dunwoody Club Dr, Ste 106-33 | MATTHEW F. TOTTEN |
| Atlanta, GA 30350 | (Georgia Bar No. 798589) |
| (404) 692-4342 (Telephone) | ATTORNEY FOR MOVANT |
| mft@tottenfirm.com | |

**CERTIFICATE OF SERVICE**

     This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing ***MOTION TO LIFT STAY FOR DEBTOR'S NONCOMPLIANCE WITH STRICT COMPLIANCE ORDER*** in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

| | |
|---|---|
| Melissa J. Davey | Jeffrey Branan Kelly |
| Standing Chapter 13 Trustee | Law Office of Jeffrey B. Kelly, P.C. |
| Ste 2250 | 107 E. 5th Avenue |
| 233 Peachtree Street NE | Rome, GA 30161 |
| Atlanta, GA 30303 | |

     I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

                                Catherine Lashawn Peterson, Debtor
                                212 Alton Cir
                                Villa Rica GA 30180

Dated: Monday, September 8, 2025.

| | |
|---|---|
| THE TOTTEN FIRM, LLC | /s/ Matthew F. Totten |
| 2090 Dunwoody Club Dr, Ste 106-33 | MATTHEW F. TOTTEN |
| Atlanta, GA 30350 | (Georgia Bar No. 798589) |
| (404) 692-4342 (Telephone) | ATTORNEY FOR MOVANT |
| mft@tottenfirm.com | |