# THE TOTTEN FIRM
REAL ESTATE ATTORNEYS

2090 Dunwoody Club Dr, Ste 106-33, Atlanta, GA 30350

Matthew F. Totten, Esq.
Direct Dial: (404) 692-4342
Email: mft@tottenfirm.com

August 28, 2025

**VIA FIRST CLASS MAIL & E-MAIL – Sean Murphy, Esq.,**   sean@kellycanhelp.com
jennifer@kellycanhelp.com

| Jeffrey Branan Kelly | Catherine Lashawn Peterson | |
| --- | --- | --- |
| Sean Murphy | 212 Alton Cir | |
| Jeffrey B. Kelly, P.C. | Villa Rica GA 30180 | |
| 107 E. 5th Avenue | *Debtor* | |
| Rome, GA 30161 | | |
| *Counsel for Debtor* | | |

RE:  Notice of Default, Strict Compliance, *IN RE: Catherine Lashawn Peterson, Case No. 25-10488-lrc, US Bankruptcy Court, Northern District of Georgia*

To Whom It May Concern:

Pursuant to the terms of that Bankruptcy Court Order, as attached hereto, please be advised that the debtor is in default of the regular rental payments which have come due according to the terms of the Lease post-bankruptcy filing.

For ease of reference, I have included a snapshot of the funds remaining outstanding pursuant to the terms of the lease per my client post-petition and which remains unpaid.

Should the debtor fail to cure its default within five (5) days of this letter, my client intends to move forward pursuant to the terms of the enclosed order. Payments must be received at Movant's mailing address set forth in the lease, as located at PO Box 4300, Scottsdale, AZ 85261.

Sincerely,

THE TOTTEN FIRM, LLC

*/s/ Matthew F. Totten*

Matthew F. Totten, Esq.

Attachments

| Date | Code | Description | Amount | | Balance | Ref |
|---|---|---|---|---|---|---|
| 08/01/2025 | utlfee | Service Fee | 8.99 | | 7,885.76 | 56753915 |
| 08/01/2025 | utlswr | Sewer - 05/28/25-06/23/25 | 54.31 | | 7,940.07 | 56753916 |
| 08/01/2025 | utltrsh | Trash - 05/28/25-06/23/25 | 35.68 | | 7,975.75 | 56753917 |
| 08/01/2025 | utlwtr | Water - 05/28/25-06/23/25 | 34.05 | | 8,009.80 | 56753918 |
| 08/01/2025 | exmptfee | Ins Exmpt (08/2025) | 14.95 | | 8,024.75 | 56840901 |
| 08/01/2025 | rent | Rent (08/2025) | 1,675.00 | | 9,699.75 | 57127775 |
| 08/01/2025 | smart | Progress Smart Home (08/2025) | 19.99 | | 9,719.74 | 57136623 |
| 08/01/2025 | leaslock | Lease Lock Fee (08/2025) | 42.00 | | 9,761.74 | 57141314 |
| 09/01/2025 | utlfee | Service Fee | 8.99 | | 9,770.73 | 57366174 |
| 09/01/2025 | utlswr | Sewer - 06/23/25-07/22/25 | 59.37 | | 9,830.10 | 57366175 |
| 09/01/2025 | utltrsh | Trash - 06/23/25-07/22/25 | 35.68 | | 9,865.78 | 57366176 |
| 09/01/2025 | utlwtr | Water - 06/23/25-07/22/25 | 36.97 | | 9,902.75 | 57366177 |
| 09/01/2025 | exmptfee | Ins Exmpt (09/2025) | 14.95 | | 9,917.70 | 57643331 |
| 09/01/2025 | leaslock | Lease Lock Fee (09/2025) | 42.00 | | 9,959.70 | 57780798 |
| 09/01/2025 | rent | Rent (09/2025) | 1,675.00 | | 11,634.70 | 57781417 |
| 09/01/2025 | smart | Progress Smart Home (09/2025) | 19.99 | | 11,654.69 | 57787060 |

**IT IS ORDERED as set forth below:**

**Date: July 29, 2025**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(NEWNAN)

| | |
|---|---|
| IN RE:<br>Catherine Lashawn Peterson<br><br>**Debtor(s)**. | CASE NO. 25-10488-lrc<br>CHAPTER 13 |
| Progress Residential Borrower 13, LLC<br><br>**Movant**<br><br>v.<br><br>Catherine Lashawn Peterson, Debtor(s);<br>and Melissa J. Davey, Trustee<br><br>**Respondents**. | Judge Lisa Ritchey Craig<br><br>CONTESTED MATTER |

### ORDER DENYING MOTION FOR RELIEF FROM STAY WITH STRICT COMPLIANCE

This matter came before the Court on Movant's Motion for Relief from Stay [Doc. No. 16], as filed on June 17, 2025. A hearing was scheduled on Movant's Motion on July 8, 2025. Movant and Debtor resolved the Motion by evidencing their consent to terms contained herein, as further announced at the hearing on the Motion. No party appeared in opposition as to the Motion.

1

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated February 6, 2025, at a rate of $1,675.00 per month plus utilities and other amounts accruing thereunder (hereinafter, the "Lease"). The Lease is executed by Catherine Lashawn Peterson, relative to certain property known as 212 Alton Cir, Villa Rica, GA 30180, (hereinafter, the "Property"). A true and correct copy of the Lease was attached to the Motion and incorporated herein by reference.

The Debtor failed to timely remit rent under the terms of the Lease for non-payment of rent and utilities post-petition, including a post-petition default for failure to pay rent for the month(s) of May and June 2025; as a result, Movant sought relief from the automatic stay.

Debtor desires to remain in possession of the Property and to otherwise abide by the terms and obligations of the Lease. Therefore, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay with respect to the Property as to the Debtor is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**IT IS FURTHER ORDERED** that the total arrearage (pre- and post-petition arrearage) through July 2025 totals $7,876.77, representing rent, utilities, and late fees accruing under the terms of the Lease. This arrearage shall be treated within an amended plan, with said arrearage to be fully paid and satisfied in full before February 8, 2026.

**IT IS FURTHER ORDERED** that all payments tendered by Debtor to Movant shall be made in certified funds. Payments must be received at Movant's mailing address, located at 7500 N. Dobson Rd, Ste 300, Scottsdale AZ 85256 or to such address or payment method as may be later designated. Failure to tender the above-described payment due by February 8, 2026, or alternatively for Debtor to submit a proposed

amended plan in conformity of the above by August 15, 2025, shall entitle Movant to an order lifting the stay under §§362(a),(d) to allow it to pursue its state law remedies as to Debtor and the Property upon a sworn affidavit of Movant's counsel without further notice or hearing.

**IT IS FURTHER ORDERED** that Debtor will resume strict compliance with the Lease, including as to the monthly rental payments and utilities due thereunder beginning August 1, 2025. Should Debtor default on said regular rental payments which come due according to the Lease for a period through January 31, 2026, then upon notice of default sent by first class mail to Debtor to the respective addresses that appear on the attached distribution list, and to Debtor's attorney to the designated email address as maintained with the CM/ECF system and failure to cure such default within five (5) days from the date of said notice by sending payment to such address that Movant directs in its Notice of Default, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay under §§362(a),(d) and § 1301 without further notice or hearing.

[END OF DOCUMENT]

/s/ Matthew F. Totten
Matthew F. Totten
GA Bar No. 798589
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr.
Ste 106-33
Atlanta, GA 30350
*Attorney for Movant*

/s/ Jeffrey B. Kelly (w exp. perm).
Jeffrey Branan Kelly
GA Bar No. 412798
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
*Attorneys for Debtor*

Seen and No Opposition:

/s/ Mandy K. Campbell [by exp. perm.]
GA Bar # 142676
Staff Attorney
Office of Melissa J. Davey
Standing Chapter 13 Trustee
Ste 2250

3

233 Peachtree Street NE
Atlanta, GA 30303

4

Distribution List:

Jeffrey Branan Kelly
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr.
Ste 106-33
Atlanta, GA 30350
*Counsel for Movant*

Melissa J. Davey
Standing Chapter 13 Trustee
Ste 2250
233 Peachtree Street NE
Atlanta, GA 30303
*Trustee*

Catherine Lashawn Peterson, Debtor
212 Alton Cir
Villa Rica GA 30180