**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Newnan Division**

| | |
|---|---|
| In   Debtor(s)<br>Re:  **Catherine Lashawn Peterson**<br>2018 Roaming Meadows Rd.<br>Villa Rica, GA 30180<br><br>**xxx−xx−1537** | Case No.: **25−10488−lrc**<br>Chapter: **13**<br>Judge: **Lisa Ritchey Craig** |

# ORDER CONFIRMING PLAN

    The Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Debtor's plan, or plan as modified, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

    (1) The Chapter 13 plan is confirmed;

    (2) Property of the estate shall not revest in Debtor until the earlier of discharge of Debtor, dismissal of the case, or closing of case without the entry of a discharge, unless the Court orders otherwise;

    (3) A creditor must have a proof of claim filed with the Clerk of Court in order to receive a distribution under this plan, without regard to any other provision of the plan; and

    (4) Attorney fees for Debtor's counsel provided for in the Chapter 13 plan and disclosed in the disclosure statement required by Federal Rule of Bankruptcy Procedure 2016(b) are allowed as an administrative expense, subject to disgorgement or disallowance upon request of any party in interest or *sua sponte* by the Court.

    (5) Unless the Court orders otherwise, if the amount of a creditor's secured claim is listed in § 3.2 of the plan as having no value (i.e., is zero), the lien securing that claim will terminate and be released by the creditor without further order, effective upon entry of discharge or an order closing the case without discharge. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

    (6) Unless the Court orders otherwise, if a claim is listed in § 3.2 of the plan as having value, the lien securing that claim will terminate and be released by the creditor without further order in accordance with § 3.2 of the plan. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

    (7) Unless the Court orders otherwise, if § 3.4 of the plan provides that a judicial lien or a nonpossessory, nonpurchase money security interest is avoided as of the entry of the order confirming the plan, such avoidance is subject to 11 U.S.C. §§ 349 and 522(c) if the case is dismissed.

     (8) Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under § 521(i)(1), Debtor is not required to file any further document pursuant to § 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under § 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the Chapter 13 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

     The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest.

     **IT IS SO ORDERED.**

Dated: October 1, 2025

New Form 132

Lisa Ritchey Craig
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Georgia

In re:     Case No. 25-10488-lrc

Catherine Lashawn Peterson     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-7     User: bncadmin     Page 1 of 3
Date Rcvd: Oct 01, 2025     Form ID: 132     Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catherine Lashawn Peterson, 2018 Roaming Meadows Rd., Villa Rica, GA 30180-6967 |
| cr | + | Progress Residential Borrower 13, LLC, The Totten Firm, 2090 Dunwoody Club Dr, Suite 106-33, Atlanta, GA 30350-5434 |
| 25210417 | + | Carroll County Magistrate Cour, PO Box 338, Carrollton, GA 30112-0053 |
| 25210431 | + | Jonathan Barnum, 212 Alton Cir, Villa Rica, GA 30180-5175 |
| 25287227 | | Progress Residential, 1165 Northchase Parkway, Ste 170, Marietta, GA 30067, Scottsdale, AZ 85256 |
| 25210439 | + | Willie C Jackson, 7 Playfield Ct., Columbus, GA 31907-4519 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2025 22:04:37 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25313777 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2025 23:25:57 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25210414 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 01 2025 22:07:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 25210415 | + | Email/Text: bankruptcy@acacceptance.com | Oct 01 2025 22:15:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 25210416 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 01 2025 22:10:53 | Caine & Weiner, 1699 E Woodfield Road, Schaumburg, IL 60173-4935 |
| 25210418 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 01 2025 22:44:00 | Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 25210419 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 01 2025 22:05:47 | Credit One Bank NA, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 25210420 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 01 2025 22:15:00 | Dept of Education/Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 25210421 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 01 2025 22:17:00 | Drivetime, 7300 E Hampton Ave, STE 101, Mesa, AZ 85209-3324 |
| 25210422 | | Email/Text: bankruptcycourts@equifax.com | Oct 01 2025 22:11:00 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 25210423 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Oct 01 2025 23:22:24 | Exeter Finance LLC, PO Box 166097, Irving, TX 75016-6097 |
| 25210424 | ^ | MEBN | Oct 01 2025 21:51:31 | Experian, PO Box 9701, Allen, TX 75013-9701 |
| 25210426 | | Email/Text: BNBLAZE@capitalsvcs.com | Oct 01 2025 22:09:00 | FSB Blaze Credit Card, 500 E. 60th St, Sioux Falls, SD 57104 |
| 25210425 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |

Case 25-10488-lrc    Doc 33    Filed 10/03/25    Entered 10/04/25 01:48:03    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 113E-7 | User: bncadmin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 01, 2025 | Form ID: 132 | Total Noticed: 43 |

| | | | |
| --- | --- | --- | --- |
| | | Oct 01 2025 22:04:03 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 25210427 | Email/Text: brnotices@dor.ga.gov | Oct 01 2025 22:12:00 | Georgia Department of Revenue, Bankruptcy Section, PO Box 161108, Atlanta, GA 30321-1108 |
| 25210428 | ^ MEBN | Oct 01 2025 21:59:40 | Hayt, Hayt & Landau, P.L., Atty for Jefferson Capital Sys, 8725 Dunwoody Place Suite 1, Atlanta, GA 30350-2908 |
| 25210429 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2025 22:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25294786 | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 01 2025 22:16:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 25210430 | + Email/Text: JCAP_BNC_Notices@jcap.com | Oct 01 2025 22:16:00 | Jefferson Capital Systems, LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 25307677 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2025 22:05:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25210432 | ^ MEBN | Oct 01 2025 21:49:57 | NCB Management Services, P.O. Box 1099, Langhorne, PA 19047-6099 |
| 25210433 | Email/Text: info@plazaservicesllc.com | Oct 01 2025 22:07:00 | Plaza Services, LLC, 110 Hammond Drive, Suite 110, Atlanta, GA 30328 |
| 25219234 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2025 22:36:03 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25210434 | + Email/Text: bknotices@progressresidential.com | Oct 01 2025 22:44:00 | Progress Residential, 1165 Northchase Parkway, Ste 170, Marietta, GA 30067-6494 |
| 25210435 | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Oct 01 2025 22:09:00 | Progressive, PO Box 105428, Atlanta, GA 30348-5428 |
| 25277311 | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2025 22:14:00 | Quantum3 Group LLC as agent for, Bread Pay, PO Box 788, Kirkland, WA 98083-0788 |
| 25314567 | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2025 22:14:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25242311 | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2025 22:14:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25210436 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2025 22:05:40 | Resurgent Receivables, PO Box 1269, Greenville, SC 29602-1269 |
| 25219233 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2025 22:36:10 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25259359 | Email/Text: bankruptcy@springoakscapital.com | Oct 01 2025 22:07:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 25210437 | Email/Text: bankruptcy@springoakscapital.com | Oct 01 2025 22:07:00 | Spring Oaks Capital LLC, PO Box 1216, Chesapeake, VA 23327 |
| 25301865 | + Email/Text: bncmail@w-legal.com | Oct 01 2025 22:11:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 25210438 | ^ MEBN | Oct 01 2025 21:50:54 | Trans Union, PO Box 1000, Chester, PA 19016-1000 |
| 25306423 | ^ MEBN | Oct 01 2025 21:53:01 | Trois-Rivieres Solutions River Funds Group, PO BOX 1427, Addison, IL 60101-8427 |
| 25220702 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 01 2025 22:15:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 25213626 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Oct 01 2025 22:14:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, |

| District/off: 113E-7 | User: bncadmin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: 132 | Total Noticed: 43 |

Atlanta GA 30303-3309

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey Branan Kelly | on behalf of Debtor Catherine Lashawn Peterson kellycourtnotices@gmail.com Kellygabankruptcy@gmail.com;LawOfficesofJeffreyBKelly@jubileebk.net |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 13 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com |

TOTAL: 3