UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| CATHERINE LASHAWN PETERSON, | ) | |
| | ) | |
| | ) | CASE NO. 25-10488-LRC |
| DEBTOR | ) | |
| | ) | JUDGE RITCHEY CRAIG |

BAR DATE CERTIFICATE

I certify that I have reviewed all claims after the bar date and have, in the exercise of my best legal judgment and in consultation with the Debtor, taken the action I deemed appropriate and in the best interest of my client.

Respectfully submitted this Thursday, October 9, 2025.

    /s/ Jeffrey B. Kelly
Jeffrey B. Kelly
LAW OFFICE OF JEFFREY B. KELLY P.C.
ATTORNEY FOR DEBTOR
GEORGIA BAR NO.  412798

107 E. 5th Avenue
Rome, GA  30161
(678) 861-1127 (Phone)
(470) 600-7165 (Fax)

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing on the following by U. S. Mail, in a property stamped and addressed envelope.

Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street
Suite 200
Atlanta, GA 30303

This Thursday, October 09, 2025.

    /s/ Jeffrey B. Kelly
JEFFREY B. KELLY