# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| **CATHERINE LASHAWN PETERSON,** | ) | **CHAPTER 13** |
| | ) | |
| | ) | **CASE NO. 25-10488-LRC** |
| **DEBTOR,** | ) | |
| | ) | **JUDGE RITCHEY CRAIG** |

## MOTION TO RETAIN TAX REFUND

COMES NOW, **CATHERINE LASHAWN PETERSON**, Debtor in the above styled case, and shows this court the following:

1.

Debtor filed a Chapter 13 case on April 2nd, 2025.

2.

Debtor's plan contains a provision which states that, "Debtor(s) will (1) supply the trustee with a copy of each federal income tax return filed during the pendency of the case within 30 days of filing the return and (2) turn over to the trustee, within 30 days of the receipt of any income tax refund during the applicable commitment period for tax years 2025, 2026, 2027, the amount by which the total of all of the federal income tax refunds received for each year exceeds $2,000 ("Tax Refunds"), unless the Bankruptcy Court orders otherwise. If Debtor(s) spouse is not a debtor in this case, "tax refunds received" means those attributable to the Debtor."

3.

Debtor received a federal tax refund for 2025 in the amount of $5,366.00 (Attached hereto as "Exhibit A").

4.

According to Debtor's Chapter 13 Plan, Debtor is allowed to retain $2,000.00, leaving the remaining balance of $3,366.00 to be remitted to the Chapter 13 Trustee.

5.

Since filing, the 2020 Chevrolet Equinox, listed as an asset in Debtor's case, has become in need of necessary repairs in order to remain operable. Repairs are estimated to be roughly $6,557.31. Debtor's brother will be helping with the remaining balance after applying the federal tax refund (Repair estimates attached hereto as "Exhibit B").

6.

Debtor requests permission from the Court to retain the entire tax refund in order to fund the necessary repairs on the 2020 Chevrolet Equinox.

**WHEREFORE**, the Debtor respectfully requests an Order from the Court as follows:

a.      Allowing the Debtor to retain full federal tax refund as listed above; and
b.      For any further relief that the Court may deem just and proper.

This 4th day of March, 2026.

Respectfully Submitted,

 /s/ Jeffrey B. Kelly_____
Attorney for Debtor
GA Bar No.  412798
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

**AS AMENDED RETURN COPY**

| Form **1040** | Department of the Treasury—Internal Revenue Service **U.S. Individual Income Tax Return** | **2025** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1–Dec. 31, 2025, or other tax year beginning _____ , 2025, ending _____ , 20 _____    See separate instructions.

☐ Filed pursuant to section 301.9100-2    ☐ Combat zone    ☐ Deceased    ☐ Spouse
☐ Other

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| CATHERINE L | PETERSON | 1537 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
2018 ROLLING MEADOWS ROAD

Check here if your main home, your spouse's if filing a joint return, was in the U.S. for more than half of 2025. ☒

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code
VILLA RICA | GA | 30180

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.    ☐ You    ☐ Spouse

**Filing Status**
Check only one box.

☐ Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS). Enter spouse's SSN above and full name here: _____
☒ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required):

**Digital Assets**    At any time during 2025, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)    ☐ Yes    ☒ No

**Dependents** (see instructions)

If more than four dependents, see instructions and check here    ☐

| | Dependent 1 | Dependent 2 | Dependent 3 | Dependent 4 |
|---|---|---|---|---|
| **(1)** First name | N | S | C | |
| **(2)** Last name | P | P | P | |
| **(3)** SSN | | | | |
| **(4)** Relationship | DAUGHTER | DAUGHTER | SON | |
| **(5)** Check if lived with you more than half of 2025 | (a) ☐ Yes  (b) ☒ And in the U.S. | (a) ☒ Yes  (b) ☒ And in the U.S. | (a) ☒ Yes  (b) ☒ And in the U.S. | (a) ☐ Yes  (b) ☐ And in the U.S. |
| **(6)** Check if | ☐ Full-time student  ☐ Permanently and totally disabled | ☐ Full-time student  ☐ Permanently and totally disabled | ☐ Full-time student  ☐ Permanently and totally disabled | ☐ Full-time student  ☐ Permanently and totally disabled |
| **(7)** Credits | ☒ Child tax credit  ☐ Credit for other dependents | ☒ Child tax credit  ☐ Credit for other dependents | ☐ Child tax credit  ☒ Credit for other dependents | ☐ Child tax credit  ☐ Credit for other dependents |

☐ Check if your filing status is MFS or HOH and you lived apart from your spouse for the last 6 months of 2025, or you are legally separated according to your state law under a written separation agreement or a decree of separate maintenance and you did not live in the same household as your spouse at the end of 2025.

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

Attach Sch. B if required.

| | | | |
|---|---|---|---|
| **1a** | Total amount from Form(s) W-2, box 1 (see instructions) | **1a** | 47,928. |
| **b** | Household employee wages not reported on Form(s) W-2 | **1b** | |
| **c** | Tip income not reported on line 1a (see instructions) | **1c** | |
| **d** | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | **1d** | |
| **e** | Taxable dependent care benefits from Form 2441, line 26 | **1e** | |
| **f** | Employer-provided adoption benefits from Form 8839, line 31 | **1f** | |
| **g** | Wages from Form 8919, line 6 | **1g** | |
| **h** | Other earned income (see instructions). Enter type and amount: _____ | **1h** | |
| **i** | Nontaxable combat pay election (see instructions) . . . | **1i** | |
| **z** | Add lines 1a through 1h | **1z** | 47,928. |
| **2a** | Tax-exempt interest . . . | **2a** | **b** Taxable interest | **2b** | |
| **3a** | Qualified dividends . . . | **3a** | **b** Ordinary dividends | **3b** | |
| **c** | Check if your child's dividends are included in  **1** ☐ Line 3a  **2** ☐ Line 3b | | |
| **4a** | IRA distributions . . . | **4a** | **b** Taxable amount | **4b** | |
| **c** | Check if (see instructions) . . . **1** ☐ Rollover  **2** ☐ QCD  **3** ☐ | | |
| **5a** | Pensions and annuities . . . | **5a** | **b** Taxable amount | **5b** | |
| **c** | Check if (see instructions) . . . **1** ☐ Rollover  **2** ☐ PSO  **3** ☐ | | |
| **6a** | Social security benefits . . . | **6a** | **b** Taxable amount | **6b** | |
| **c** | If you elect to use the lump-sum election method, check here (see instructions) . . . ☐ | | |
| **d** | If you are married filing separately and lived apart from your spouse the entire year (see inst.), check here ☐ | | |
| **7a** | Capital gain or (loss). Attach Schedule D if required | **7a** | 0. |
| **b** | Check if:  ☐ Schedule D not required  ☐ Includes child's capital gain or (loss) | | |
| **8** | Additional income from Schedule 1, line 10 | **8** | |
| **9** | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7a, and 8. This is your **total income** | **9** | 47,928. |
| **10** | Adjustments to income from Schedule 1, line 26 | **10** | 0. |
| **11a** | Subtract line 10 from line 9. This is your **adjusted gross income** | **11a** | 47,928. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11320B    Form **1040** (2025) Created 9/5/25

**AS AMENDED RETURN COPY**

Form 1040 (2025)  CATHERINE L_____  1537  Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 11b | Amount from line 11a (adjusted gross income) | **11b** | 47,928. |
| | 12a | Someone can claim ☐ You as a dependent ☐ Your spouse as a dependent | | |
| | b | ☐ Spouse itemizes on a separate return   c ☐ You were a dual-status alien | | |
| | d | **You:** ☐ Were born before January 2, 1961   ☐ Are blind | | |
| | | **Spouse:** ☐ Was born before January 2, 1961   ☐ Is blind | | |

**Standard deduction for—**
- Single or Married filing separately, $15,750
- Married filing jointly or Qualifying surviving spouse, $31,500
- Head of household, $23,625
- If you checked a box on line 12a, 12b, 12c, or 12d, see inst.

| | | | | |
|---|---|---|---|---|
| | e | **Standard deduction or itemized deductions** (from Schedule A) . . . . . | **12e** | 23,625. |
| | 13a | Qualified business income deduction from Form 8995 or Form 8995-A | **13a** | |
| | 13b | Additional deductions from Schedule 1-A, line 38 | **13b** | 1,329. |
| | 14 | Add lines 12e, 13a, and 13b | **14** | 24,954. |
| | 15 | Subtract line 14 from line 11b. If zero or less, enter -0-. This is your **taxable income** | **15** | 22,974. |
| | 16 | **Tax** (see instructions). Check if any from Form(s):  **1** ☐ 8814  **2** ☐ 4972  **3** ☐ | **16** | 2,417. |
| | 17 | Amount from Schedule 2, line 3 | **17** | 0. |
| | 18 | Add lines 16 and 17 | **18** | 2,417. |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | **19** | 2,417. |
| | 20 | Amount from Schedule 3, line 8 | **20** | 0. |
| | 21 | Add lines 19 and 20 | **21** | 2,417. |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | **22** | 0. |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | **23** | |
| | 24 | Add lines 22 and 23. This is your **total tax** | **24** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Payments and Refundable Credits** | 25 | Federal income tax withheld from: | | | | |
| | a | Form(s) W-2 | **25a** | 12. | | |
| | b | Form(s) 1099 | **25b** | | | |
| | c | Other forms (see instructions) | **25c** | | | |
| | d | Add lines 25a through 25c | | | **25d** | 12. |
| | 26 | 2025 estimated tax payments and amount applied from 2024 return | | | **26** | |
| | | If you made estimated tax payments with your former spouse in 2025, enter their SSN (see instructions): _____ | | | | |

**If you have a qualifying child, you may need to attach Sch. EIC.**

| | | | | | | |
|---|---|---|---|---|---|---|
| | 27a | Earned income credit (EIC) | **27a** | 2,871. | | |
| | b | Clergy filing Schedule SE (see instructions) | | ☐ | | |
| | c | If you do not want to claim the EIC, check here | | ☐ | | |
| | 28 | Additional child tax credit (ACTC) from Schedule 8812. If you do not want to claim the ACTC, check here ☐ | **28** | 2,483. | | |
| | 29 | American opportunity credit from Form 8863, line 8 | **29** | | | |
| | 30 | Refundable adoption credit from Form 8839, line 13 | **30** | | | |
| | 31 | Amount from Schedule 3, line 15 | **31** | | | |
| | 32 | Add lines 27a, 28, 29, 30, and 31. These are your **total other payments and refundable credits** | | | **32** | 5,354. |
| | 33 | Add lines 25d, 26, and 32. These are your **total payments** | | | **33** | 5,366. |

| | | | | | |
|---|---|---|---|---|---|
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | **34** | 5,366. |
| | 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here . ☐ | | **35a** | 5,366. |
| **Direct deposit?** See instructions. | b | Routing number ☒☒☒☒☒☒☒☒☒   **c** Type: ☐ Checking ☐ Savings | | | |
| | | Account number ☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒☒ | | | |
| | 36 | Amount of line 34 you want **applied to your 2026 estimated tax** . . . | **36** | | |

| | | | | | |
|---|---|---|---|---|---|
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe**. For details on how to pay, go to *www.irs.gov/Payments* or see instructions . . . . | | **37** | 0. |
| | 38 | Estimated tax penalty (see instructions) . . . | **38** | | |

**Third Party Designee**  Do you want to allow another person to discuss this return with the IRS? See instructions. ☐ **Yes.** Complete below. ☒ **No**

| Designee's name | | Phone no. | | Personal identification number (PIN) | |
|---|---|---|---|---|---|

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | CUSTOMER SERVICE | |

**Joint return?** See instructions. Keep a copy for your records.

| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you or your spouse an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|

Phone no.  706-358-7969   Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | PTIN | Check if: |
|---|---|---|---|---|
| | SELF-PREPARED | | | ☐ Self-employed |
| Firm's name | | | Phone no. | |
| Firm's address | | | Firm's EIN | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.  Form **1040** (2025)

CDA

# "EXHIBIT B"

CUSTOMER #: 15081

199751

PRE-WORKORDER

## LIBERTY CHEVROLET

P.O. Box 1150 Highway 61
Villa Rica, Georgia 30180
(770) 456-2000

Cathy Peterson
2018 ROLLING MEADOWS RD
VILLA RICA, GA 30180
petersoncathy23@yahoo.com
HOME:                          CONT: (706) 358-7969
BUS:                           CELL: (706) 358-7969

Page 1 of 1

SERVICE ADVISOR: Uecole Mauldin

| COLOR | YEAR | MAKE-MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|---|
| | 2020 | CHEVROLET EQUINOX | | | | 151263 | 8119 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01/01/0001 | | | | | | | 02/27/2026 |

| R.O. OPENED | READY | OPTIONS: |
|---|---|---|
| 02/27/2026 | | |

| LINE | OP CODE | DESCRIPTION | DURATION | ESTIMATE |
|---|---|---|---|---|
| # A | 100 | C/S SES LIGHT IS ACTIVE | | 0.00 |
| # B | INSP | GM Certified Service Multi-Point Vehicle Inspection | | 0.00 |
| | | ADDITIONAL SERVICE RECOMMENDATIONS | | |
| # C | CFS | Cabin Filter Service (RPL Filter and install additive) | | 145.76 |
| # D | MA59 | Belt, Serpentine - Replace | | 248.59 |
| # E | TU15 | Air Filter Element - Replace | | 62.50 |
| # F | TRF | Trans Fluid Exchange | | 262.24 |
| # G | TU10 | Spark Plugs - Replace | | 383.80 |
| # H | EN001 | LINE A TURBOCHARGER ADD CSS | | 3888.04 |
| # I | FS02 | Alignment - 4 Wheel | | 119.95 |
| # J | BRF | Brake Fluid Exchange | | 203.92 |
| # K | IND | Induction System Service | | 183.62 |
| # L | CSS | Engine Coolant Service | | 181.30 |
| # M | MBT4 | REPLACE ALL 4 TIRE PRESSURE SENSORS DUE TO ACTIVE TPMS LIGHT | | 609.12 |

| | | Subtotal | 6288.84 |
|---|---|---|---|
| | | Shop Charges | 25.00 |
| Printed On  02/27/2026 9:34 AM | | Sales Tax | 243.47 |
| Estimate Expires on  03/29/2026 | | **Total** | **6557.31** |

**TERMS STRICTLY CASH UNLESS ARRANGEMENTS MADE**
I hereby authorize the repair work hereinafter set forth to be done along with any necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged for above vehicle to secure the amount of repairs thereto.

PRELIMINARY ESTIMATE $ _6557.31_

AUTHORIZED BY X

| REVISED ESTIMATE (1) | DATE | TIME | BY |
|---|---|---|---|
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

X _____
        CUSTOMER SIGNATURE

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL OF THE ABOVE REVISED ESTIMATES.

**DISCLAIMER OF WARRANTY**
Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

X _____
        CUSTOMER SIGNATURE

NOT RESPONSIBLE FOR LOSS OR DAMAGE TO CARS OR ARTICLES LEFT IN CARS IN CASE OF FIRE, THEFT OR ANY OTHER CAUSE BEYOND OUR CONTROL.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

IN RE: )
CATHERINE LASHAWN PETERSON, ) **CHAPTER 13**
)
) **CASE NO. 25-10488-LRC**
DEBTOR, )
) **JUDGE RITCHEY CRAIG**

**NOTICE OF MOTION TO RETAIN TAX REFUND,**
**DEADLINE TO OBJECT AND HEARING**

     **CATHERINE LASHAWN PETERSON**, Debtor, has filed a **MOTION TO RETAIN TAX REFUND**, on March 4, 2026. Pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk**, Clerk, U.S. Bankruptcy Court, 2nd Floor, 18 Greenville St., Newnan, GA 30263 and serve a copy on the movant's attorney, Jeffrey B. Kelly at 107 E 5th Ave Rome, GA 30165, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time

     **A hearing on the pleading has been scheduled for April 14, 2026. The court will hold a hearing on the Motion to Retain Tax Refund at 9:15am on April 14, 2026 in 2nd Floor Courtroom, 18 Greenville St., Newnan, GA 30263, which must be attended in person, unless the Court orders otherwise.**

     If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief is requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but not order is entered granting relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

     **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: March 4, 2026       107 E 5th Avenue
                                   Rome, GA 30161

/s/ Jeffrey B. Kelly            (678) 861-1127 (phone)
Attorney for Debtor             (470) 600-7165 (fax)
GA Bar No.: 412798           lawoffice@kellycanhelp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2026 I electronically filed the foregoing
Motion to Retain Tax Refund and Notice of Hearing with the Clerk of Court using the
CM/ECF system which will automatically send an e-mail notification of such filing to the
parties or attorneys of record. I have also on this day caused a copy of the pleading to be
placed in the first-class United States mail, postage prepaid, addressed to the following
recipients not participating in the CM/ECF system as follows:

Catherine L. Peterson
2018 Roaming Meadows Rd.
Villa Rica, GA 30180

*All creditors on attached matrix.*

This 4th day of March, 2026.

 /s/ Jeffrey B. Kelly
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798
Law Office of Jeffrey B. Kelly
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

Label Matrix for local noticing
113E-3
Case 25-10488-lrc
Northern District of Georgia
Newnan
Wed Mar  4 13:32:52 EST 2026

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 380901
Minneapolis, MN 55438-0901

American Credit Acceptance
961 E Main St
Spartanburg, SC 29302-2149

Caine & Weiner
1699 E Woodfield Road
Schaumburg, IL 60173-4935

Carroll County Magistrate Cour
PO Box 338
Carrollton, GA 30112-0053

Celtic Bank
PO Box 4499
Beaverton, OR 97076-4499

Credit One Bank NA
P.O. Box 98872
Las Vegas, NV 89193-8872

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303-1509

Dept of Education/Nelnet
121 S 13th Street
Lincoln, NE 68508-1911

Drivetime
7300 E Hampton Ave
STE 101
Mesa, AZ 85209-3324

(p)EQUIFAX  INC
1550 Peachtree Street NE
Atlanta, GA 30309

(p)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

Experian
PO Box 9701
Allen, TX 75013-9701

(p)FIRST SAVINGS BANK   BLAZE
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Hayt, Hayt & Landau, P.L.
Atty for Jefferson Capital Sys
8725 Dunwoody Place Suite 1
Atlanta, GA 30350-2908

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jefferson Capital Systems, LLC
200 14th Ave E
Sartell, MN 56377-4500

Jonathan Barnum
212 Alton Cir
Villa Rica, GA 30180-5175

Jeffrey Branan Kelly
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161-1725

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

NCB Management Services
P.O. Box 1099
Langhorne, PA 19047-6099

Catherine Lashawn Peterson
2018 Roaming Meadows Rd.
Villa Rica, GA 30180-6967

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)PLAZA SERVICES  LLC
ATTN MANNY WILLIAMS
110 HAMMOND DRIVE
SUITE 110
ATLANTA GA 30328-4806

Progress Residential
1165 Northchase Parkway
Ste 170
Marietta, GA 30067-6494

Progress Residential
1165 Northchase Parkway
Ste 170
Marietta, GA 30067
Scottsdale, AZ 85256

Progress Residential Borrower 13 LLC
The Totten Firm
2090 Dunwoody Club Dr
Suite 106-33
Atlanta, GA 30350-5434

Progressive
PO Box 105428
Atlanta, GA 30348-5428


Quantum3 Group LLC as agent for
Bread Pay
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788


Resurgent Receivables
PO Box 1269
Greenville, SC 29602-1269

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)SPRING OAKS CAPITAL  LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207


Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338-4154

Trans Union
PO Box 1000
Chester, PA 19016-1000


Trois-Rivieres Solutions River Funds Group
PO BOX 1427
Addison, IL 60101-8427

U.S. Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508-1911

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309


Willie C Jackson
7 Playfield Ct.
Columbus, GA 31907-4519


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Equifax
PO Box 740241
Atlanta, GA 30374-0241

Exeter Finance LLC
PO Box 166097
Irving, TX 75016

FSB Blaze Credit Card
500 E. 60th St
Sioux Falls, SD 57104


Georgia Department of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321-1108

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617

Plaza Services, LLC
110 Hammond Drive
Suite 110
Atlanta, GA 30328


SPRING OAKS CAPITAL SPV, LLC
PO BOX 1216
CHESAPEAKE, VA 23327-1216

(d)Spring Oaks Capital LLC
PO Box 1216
Chesapeake, VA 23327

End of Label Matrix
Mailable recipients    45
Bypassed recipients     0
Total                  45