**United States Bankruptcy Court**
**Northern District of Georgia**

# Request for Change of Address

Case Name: Catherine Lashawn Peterson

Case No.: 25-10488-LRC    Judge: Ritchey Craig    Chapter: 13

**Change of Address for:**
 Debtor X    Creditor ___    Attorney for Debtor ___    Attorney for Creditor ___

**Change for:**
 Notices ONLY ___    Payments ONLY ___    Notices and Payments X

EFFECTIVE DATE OF CHANGE:    March 13th, 2026

Name:                                Catherine Peterson
                                     (Please Print)
Prior Address:                       2018 Roaming Meadows Rd
                                     Villa Rica, GA 30180

***************************************************************************

New Address:                         2018 Rolling Meadows Rd
                                     Villa Rica, GA 30180

Change of Address Was Furnished By:    Debtor ___    Creditor ___    Attorney X

Date: 3/13/2026    Signature of Filer: *Jennifer Sharpton*
                   Telephone Number: 706-295-0030

**IF FILED BY ATTORNEY**

Attorney Name:    Jeffrey B. Kelly
                  (Please Print)
Bar ID:           412798
Address:          107 E. 5th Avenue
                  Rome, GA 30161

Revised August 2012