**IT IS ORDERED as set forth below:**



**Date: April 10, 2026**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| CATHERINE LASHAWN PETERSON, | ) | **CHAPTER 13** |
| | ) | |
| | ) | **CASE NO. 25-10488-LRC** |
| DEBTOR, | ) | |
| | ) | **JUDGE RITCHEY CRAIG** |

### ORDER ON DEBTOR'S AMENDED MOTION TO RETAIN TAX REFUND

**IT APPEARING** that **CATHERINE LASHAWN PETERSON,** the Debtor herein, filed a **MOTION TO RETAIN TAX REFUND** on March 4, 2026 (Docket #41); and;

**IT FURTHER APPEARING** that Debtor's plan contains a provision which states that, "Debtor(s) will (1) supply the trustee with a copy of each federal income tax return filed during the pendency of the case within 30 days of filing the return and (2) turn over to the trustee, within 30 days of the receipt of any income tax refund during the applicable commitment period for tax years 2025, 2026, 2027, the amount by which the total of all of the federal income tax refunds received for each year exceeds $2,000 ("Tax

Refunds"), unless the Bankruptcy Court orders otherwise. If Debtor(s) spouse is not a debtor in this case, "tax refunds received" means those attributable to the Debtor."; and

**IT FURTHER APPEARING** that Debtor received a federal tax refund for 2025 in the amount of $5,366.00. According to Debtor's Chapter 13 Plan, Debtor is allowed to retain $2,000.00, leaving the remaining balance of $3,366.00 to be remitted to the Chapter 13 Trustee.; and

**IT FURTHER APPEARING** that since filing, the 2020 Chevrolet Equinox, listed as an asset in Debtor's case, has become in need of necessary repairs in order to remain operable. Repairs are estimated to be roughly $6,557.31. Debtor's brother will be helping with the remaining balance after applying the federal tax refund; and

**IT FURTHER APPEARING** that Debtor wishes to retain these funds in full in order to fund the necessary repairs on the 2020 Chevrolet Equinox; and

**IT FURTHER APPEARING** that notice of the opportunity to object and for hearing was provided pursuant to the procedures in General Order 24-2018; and

**IT FURTHER APPEARING** that no objection to the motion was filed prior to the objection deadline; and

**IT FURTHER APPEARING** that the Court has considered the motion and all other matters of record, including the lack of objection thereto; and

**IT FURTHER APPEARING** that based on the foregoing, no further notice or hearing is required, the Court finds good cause exists to grant the requested relief; it is hereby:

**ORDERED**, that the Debtor's Motion is **GRANTED**: Debtor may retain her entire federal tax refund for 2025 in the amount of $5,366.00 to be used for necessary vehicle repairs.

**END OF DOCUMENT**

Prepared and Presented by:

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtor
State Bar No.:  412798
107 E 5th Avenue
Rome, GA  30161
(678) 861-1127 (phone)
(706) 413-1365 (fax)
kellycanhelp@comcast.net


No Opposition:

/s/ Taylor S. Mansell
Taylor S. Mansell (with express permission by Jeffrey B. Kelly)
Attorney for Chapter 13 Trustee
State Bar No. 940461
233 Peachtree St NE Ste. 2250
Atlanta, GA 30303
Phone (678) 510-1444
Fax (678) 510-1450
tmansell@13trusteeatlanta.com

<u>Distribution List:</u>

Catherine L. Peterson
2018 Roaming Meadows Rd.
Villa Rica, GA 30180

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                      Case No. 25-10488-lrc

Catherine Lashawn Peterson                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-7 | User: bncadmin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 10, 2026 | Form ID: pdf618 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

**Recip ID**                **Recipient Name and Address**
db                      + Catherine Lashawn Peterson, 2018 Rolling Meadows Rd, Villa Rica, GA 30180-6967

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Branan Kelly | on behalf of Debtor Catherine Lashawn Peterson kellycourtnotices@gmail.com Kellygabankruptcy@gmail.com;LawOfficesofJeffreyBKelly@jubileebk.net |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 13  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com |

TOTAL: 3