**IT IS ORDERED as set forth below:**



**Date: April 30, 2026**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 13** |
| **CATHERINE LASHAWN PETERSON,** | ) | |
| | ) | **CASE NO. 25-10488-LRC** |
| | ) | |
| **DEBTOR,** | ) | **JUDGE RITCHEY CRAIG** |

### ORDER ON DEBTOR'S MOTION TO RETROACTIVELY
### SUSPEND CHAPTER 13 PAYMENTS

**IT APPEARING** to the Court that the Debtor filed a Motion to Retroactively

Suspend Chapter 13 Payments on April 3rd, 2026 ("Motion")(Doc. #43); and

**IT FURTHER APPEARING** that in October 2025, Debtor's father passed away,

leaving her with unanticipated funeral expenses. As a result, she was unable to make

several of her trustee payments while her finances recovered from the unanticipated

expenses; and

**IT FURTHER APPEARING** that notice of the opportunity to object and for

hearing was provided pursuant to the procedures in General Order 24-2018; and

**IT FURTHER APPEARING** that no objection to the motion was filed prior to the objection deadline; and

**IT FURTHER APPEARING** that the Court has considered the motion and all other matters of record, including the lack of objection thereto; and

**IT FURTHER APPEARING** that based on the foregoing, no further notice or hearing is required, the Court finds good cause exists to grant the requested relief; it is hereby:

**ORDERED, ADJUDGED AND DECREED** that the Debtor's payments to the Chapter 13 Trustee be retroactively suspended for November 2025, December 2025, January 2026, February 2026 and March 2026 due to Debtor's unanticipated funeral expenses, with payments to resume in April 2026.

**IT IS FURTHER ORDERED**, that the Debtor shall strictly comply with the requirements of this Chapter 13 Plan. If during the first twelve (12) months following entry of this Order the Debtor fails to pay each plan payment on a timely basis, then the Chapter 13 Trustee may, without further notice, submit a report of non-compliance to the Court, and the case may be dismissed without further hearing.

The Clerk is directed to serve a copy of this Order upon the Chapter 13 Trustee, Debtor and her attorney and all parties.

**END OF DOCUMENT**

Prepared and presented by:

 /s/Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtor
GA Bar No. 412798
107 E. 5th Avenue
Rome, GA  30161
(678) 861-1127 (phone)
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com


No Opposition:

/s/ Taylor S. Mansell_____
Taylor S. Mansell (signed with express permission by Jeffrey B. Kelly)
Attorney for Chapter 13 Trustee
GA Bar No. 940461
233 Peachtree St NE
Atlanta, GA 30303
(678) 510-1444 (phone)
(678) 510-1450 (fax)
tmansell@13trusteeatlanta.com

Distribution List:

Catherine L. Peterson
2018 Roaming Meadows Rd
Villa Rica, GA 30180

United States Bankruptcy Court

Northern District of Georgia

| In re: | Case No. 25-10488-lrc |
|---|---|
| Catherine Lashawn Peterson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 113E-7 | User: bncadmin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 01, 2026 | Form ID: pdf482 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catherine Lashawn Peterson, 2018 Rolling Meadows Rd, Villa Rica, GA 30180-6967 |
| cr | + | Progress Residential Borrower 13, LLC, The Totten Firm, 2090 Dunwoody Club Dr, Suite 106-33, Atlanta, GA 30350-5434 |
| 25210417 | + | Carroll County Magistrate Cour, PO Box 338, Carrollton, GA 30112-0053 |
| 25210431 | #+ | Jonathan Barnum, 212 Alton Cir, Villa Rica, GA 30180-5175 |
| 25287227 | | Progress Residential, 1165 Northchase Parkway, Ste 170, Marietta, GA 30067, Scottsdale, AZ 85256 |
| 25210439 | + | Willie C Jackson, 7 Playfield Ct., Columbus, GA 31907-4519 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2026 21:06:43 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25313777 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2026 21:06:57 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25210414 | + | Email/Text: ally@ebn.phinsolutions.com | May 01 2026 21:00:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 25210415 | + | Email/Text: bankruptcy@acacceptance.com | May 01 2026 21:02:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 25210416 | + | Email/Text: caineweiner@ebn.phinsolutions.com | May 01 2026 21:01:59 | Caine & Weiner, 1699 E Woodfield Road, Schaumburg, IL 60173-4935 |
| 25210418 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 01 2026 21:03:00 | Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 25210419 | + | Email/PDF: creditonebknotifications@resurgent.com | May 01 2026 21:06:17 | Credit One Bank NA, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 25210420 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 01 2026 21:02:00 | Dept of Education/Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 25210421 | + | Email/Text: rm-bknotices@bridgecrest.com | May 01 2026 21:02:00 | Drivetime, 7300 E Hampton Ave, STE 101, Mesa, AZ 85209-3324 |
| 25210422 | | Email/Text: bankruptcycourts@equifax.com | May 01 2026 21:01:00 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 25210423 | | Email/Text: exeter@ebn.phinsolutions.com | May 01 2026 21:02:00 | Exeter Finance LLC, PO Box 166097, Irving, TX 75016 |
| 25210424 | ^ | MEBN | May 01 2026 20:58:07 | Experian, PO Box 9701, Allen, TX 75013-9701 |
| 25210426 | | Email/Text: BNSFS@capitalsvcs.com | | |

District/off: 113E-7                              User: bncadmin                                    Page 2 of 3

Date Rcvd: May 01, 2026                           Form ID: pdf482                          Total Noticed: 43

| | | | May 01 2026 21:01:00 | FSB Blaze Credit Card, 500 E. 60th St, Sioux Falls, SD 57104 |
|---|---|---|---|---|
| 25210425 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | May 01 2026 21:06:14 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 25210427 | | Email/Text: brnotices@dor.ga.gov | | |
| | | | May 01 2026 21:02:00 | Georgia Department of Revenue, Bankruptcy Section, PO Box 161108, Atlanta, GA 30321-1108 |
| 25210428 | ^ | MEBN | | |
| | | | May 01 2026 21:01:53 | Hayt, Hayt & Landau, P.L., Atty for Jefferson Capital Sys, 8725 Dunwoody Place Suite 1, Atlanta, GA 30350-2908 |
| 25210429 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | May 01 2026 21:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25294786 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | May 01 2026 21:02:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 25210430 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | May 01 2026 21:02:00 | Jefferson Capital Systems, LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 25307677 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 01 2026 21:17:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25210432 | ^ | MEBN | | |
| | | | May 01 2026 20:57:27 | NCB Management Services, P.O. Box 1099, Langhorne, PA 19047-6099 |
| 25210433 | | Email/Text: info@plazaservicesllc.com | | |
| | | | May 01 2026 21:00:00 | Plaza Services, LLC, 110 Hammond Drive, Suite 110, Atlanta, GA 30328 |
| 25219234 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 01 2026 21:07:00 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25210434 | + | Email/Text: bknotices@progressresidential.com | | |
| | | | May 01 2026 21:03:00 | Progress Residential, 1165 Northchase Parkway, Ste 170, Marietta, GA 30067-6494 |
| 25210435 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | | |
| | | | May 01 2026 21:01:00 | Progressive, PO Box 105428, Atlanta, GA 30348-5428 |
| 25277311 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 01 2026 21:02:00 | Quantum3 Group LLC as agent for, Bread Pay, PO Box 788, Kirkland, WA 98083-0788 |
| 25314567 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 01 2026 21:02:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25242311 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | May 01 2026 21:02:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25210436 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 01 2026 21:06:49 | Resurgent Receivables, PO Box 1269, Greenville, SC 29602-1269 |
| 25219233 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 01 2026 21:17:13 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25259359 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | May 01 2026 21:00:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 25210437 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | May 01 2026 21:00:00 | Spring Oaks Capital LLC, PO Box 1216, Chesapeake, VA 23327 |
| 25301865 | + | Email/Text: bncmail@w-legal.com | | |
| | | | May 01 2026 21:01:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 25210438 | ^ | MEBN | | |
| | | | May 01 2026 20:57:59 | Trans Union, PO Box 1000, Chester, PA 19016-1000 |
| 25306423 | ^ | MEBN | | |
| | | | May 01 2026 21:01:08 | Trois-Rivieres Solutions River Funds Group, PO BOX 1427, Addison, IL 60101-8427 |
| 25220702 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | May 01 2026 21:02:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |

District/off: 113E-7             User: bncadmin             Page 3 of 3

Date Rcvd: May 01, 2026             Form ID: pdf482             Total Noticed: 43

25213626             Email/Text: USAGAN.Bankruptcy@usdoj.gov

                                   May 01 2026 21:02:00    United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026                    Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Branan Kelly | on behalf of Debtor Catherine Lashawn Peterson kellycourtnotices@gmail.com Kellygabankruptcy@gmail.com;LawOfficesofJeffreyBKelly@jubileebk.net |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 13  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com |

TOTAL: 3