**IT IS ORDERED as set forth below:**

**Date: May 28, 2026**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| **CATHERINE LASHAWN PETERSON** | ) | |
| | ) | CASE NO. **25-10488-LRC** |
| DEBTOR. | ) | |
| | ) | |

**ORDER DENYING MOTION TO DISMISS**

On February 06, 2026, the Chapter 13 Trustee filed a *Motion to Dismiss* (Doc. No. 38) (the "Motion"), which came on for hearing May 19, 2026 upon notice to Debtor and Debtor's attorney.  At the call of the Court's calendar, the agreement to a payment arrangement with strict compliance was announced.  Accordingly, **it is hereby**

**ORDERED** that, commencing with the next Plan payment due following the entry date of this Order and continuing with strict compliance on each Plan payment due date thereafter, for twelve (12) months, Debtor shall timely remit the regular Chapter 13 payments (as set forth in the confirmed Plan) to the Chapter 13 Trustee.  **It is further**

**ORDERED** that, should Debtor fail to make timely any Plan payment that is subject to strict compliance, the Trustee may submit a Supplemental Report recommending dismissal and, upon receipt of such a report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice or hearing. **It is finally**

**ORDERED** that, subject to the foregoing terms and conditions, the Motion is **DENIED**.

**[END OF DOCUMENT]**

Order Presented By:

/s/ Taylor S. Mansell
Taylor S. Mansell
Attorney for Chapter 13 Trustee
GA Bar No. 940461
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:    678-510-1444
Fax:              678-510-1450
mail@13trusteeatlanta.com

Case No. 25-10488-LRC

## DISTRIBUTION LIST FOR
## ORDER DENYING MOTION TO DISMISS

COUNSEL FOR DEBTOR:

LAW OFFICE OF JEFFREY B. KELLY, P.C.
107 E. 5TH AVENUE
ROME, GA 30161

CHAPTER 13 TRUSTEE:

MELISSA J. DAVEY
STANDING CHAPTER 13 TRUSTEE
233 PEACHTREE STREET NE
SUITE 2250
ATLANTA, GA 30303

DEBTOR:

CATHERINE LASHAWN PETERSON
2018 ROLLING MEADOWS RD
VILLA RICA, GA  30180