**IT IS ORDERED as set forth below:**

**Date: May 28, 2026**



_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| **CATHERINE LASHAWN PETERSON** | ) | |
| | ) | CASE NO. **25-10488-LRC** |
| DEBTOR. | ) | |
| | ) | |

**ORDER DENYING MOTION TO DISMISS**

On February 06, 2026, the Chapter 13 Trustee filed a *Motion to Dismiss* (Doc. No. 38) (the "Motion"), which came on for hearing May 19, 2026 upon notice to Debtor and Debtor's attorney.  At the call of the Court's calendar, the agreement to a payment arrangement with strict compliance was announced.  Accordingly, **it is hereby**

**ORDERED** that, commencing with the next Plan payment due following the entry date of this Order and continuing with strict compliance on each Plan payment due date thereafter, for twelve (12) months, Debtor shall timely remit the regular Chapter 13 payments (as set forth in the confirmed Plan) to the Chapter 13 Trustee.  **It is further**

**ORDERED** that, should Debtor fail to make timely any Plan payment that is subject to strict compliance, the Trustee may submit a Supplemental Report recommending dismissal and, upon receipt of such a report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice or hearing. **It is finally**

**ORDERED** that, subject to the foregoing terms and conditions, the Motion is **DENIED**.

**[END OF DOCUMENT]**

Order Presented By:

/s/ Taylor S. Mansell
Taylor S. Mansell
Attorney for Chapter 13 Trustee
GA Bar No. 940461
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:    678-510-1444
Fax:            678-510-1450
mail@13trusteeatlanta.com

Case No. 25-10488-LRC

## DISTRIBUTION LIST FOR
## ORDER DENYING MOTION TO DISMISS

COUNSEL FOR DEBTOR:                    DEBTOR:

LAW OFFICE OF JEFFREY B. KELLY,        CATHERINE LASHAWN PETERSON
P.C.                                   2018 ROLLING MEADOWS RD
107 E. 5TH AVENUE                      VILLA RICA, GA  30180
ROME, GA 30161

CHAPTER 13 TRUSTEE:

MELISSA J. DAVEY
STANDING CHAPTER 13 TRUSTEE
233 PEACHTREE STREET NE
SUITE 2250
ATLANTA, GA 30303

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                    Case No. 25-10488-lrc

Catherine Lashawn Peterson                                                                Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-7                          User: bncadmin                             Page 1 of 3
Date Rcvd: May 28, 2026                       Form ID: pdf403                            Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catherine Lashawn Peterson, 2018 Rolling Meadows Rd, Villa Rica, GA 30180-6967 |
| cr | + | Progress Residential Borrower 13, LLC, The Totten Firm, 2090 Dunwoody Club Dr, Suite 106-33, Atlanta, GA 30350-5434 |
| 25210417 | + | Carroll County Magistrate Cour, PO Box 338, Carrollton, GA 30112-0053 |
| 25210431 | #+ | Jonathan Barnum, 212 Alton Cir, Villa Rica, GA 30180-5175 |
| 25287227 | | Progress Residential, 1165 Northchase Parkway, Ste 170, Marietta, GA 30067, Scottsdale, AZ 85256 |
| 25210439 | + | Willie C Jackson, 7 Playfield Ct., Columbus, GA 31907-4519 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | May 28 2026 20:56:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 28 2026 20:58:05 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25313777 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 28 2026 20:58:19 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25210414 | + | Email/Text: ally@ebn.phinsolutions.com | May 28 2026 20:55:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 25210415 | + | Email/Text: bankruptcy@acacceptance.com | May 28 2026 20:56:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 25210416 | + | Email/Text: caineweiner@ebn.phinsolutions.com | May 28 2026 20:55:22 | Caine & Weiner, 1699 E Woodfield Road, Schaumburg, IL 60173-4935 |
| 25210418 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 28 2026 20:57:00 | Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 25210419 | + | Email/PDF: creditonebknotifications@resurgent.com | May 28 2026 20:57:51 | Credit One Bank NA, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 25210420 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 28 2026 20:56:00 | Dept of Education/Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 25210421 | + | Email/Text: rm-bknotices@bridgecrest.com | May 28 2026 20:57:00 | Drivetime, 7300 E Hampton Ave, STE 101, Mesa, AZ 85209-3324 |
| 25210422 | | Email/Text: bankruptcycourts@equifax.com | May 28 2026 20:55:00 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 25210423 | | Email/Text: exeter@ebn.phinsolutions.com | May 28 2026 20:56:00 | Exeter Finance LLC, PO Box 166097, Irving, TX 75016 |

District/off: 113E-7                          User: bncadmin                                Page 2 of 3
Date Rcvd: May 28, 2026                       Form ID: pdf403                            Total Noticed: 44

| | | | |
|---|---|---|---|
| 25210424 | ^ MEBN | May 28 2026 20:46:34 | Experian, PO Box 9701, Allen, TX 75013-9701 |
| 25210426 | Email/Text: BNSFS@capitalsvcs.com | May 28 2026 20:55:00 | FSB Blaze Credit Card, 500 E. 60th St, Sioux Falls, SD 57104 |
| 25210425 | Email/PDF: ais.fpc.ebn@aisinfo.com | May 28 2026 20:58:19 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 25210427 | Email/Text: brnotices@dor.ga.gov | May 28 2026 20:56:00 | Georgia Department of Revenue, Bankruptcy Section, PO Box 161108, Atlanta, GA 30321-1108 |
| 25210428 | ^ MEBN | May 28 2026 20:48:08 | Hayt, Hayt & Landau, P.L., Atty for Jefferson Capital Sys, 8725 Dunwoody Place Suite 1, Atlanta, GA 30350-2908 |
| 25210429 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 28 2026 20:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25294786 | Email/Text: JCAP_BNC_Notices@jcap.com | May 28 2026 20:56:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 25210430 | + Email/Text: JCAP_BNC_Notices@jcap.com | May 28 2026 20:56:00 | Jefferson Capital Systems, LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 25307677 | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2026 20:57:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25210432 | ^ MEBN | May 28 2026 20:46:03 | NCB Management Services, P.O. Box 1099, Langhorne, PA 19047-6099 |
| 25210433 | Email/Text: info@plazaservicesllc.com | May 28 2026 20:55:00 | Plaza Services, LLC, 110 Hammond Drive, Suite 110, Atlanta, GA 30328 |
| 25219234 | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2026 20:57:53 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25210434 | + Email/Text: bknotices@progressresidential.com | May 28 2026 20:57:00 | Progress Residential, 1165 Northchase Parkway, Ste 170, Marietta, GA 30067-6494 |
| 25210435 | Email/Text: Triage_Bankruptcy_Notices@progressive.com | May 28 2026 20:55:00 | Progressive, PO Box 105428, Atlanta, GA 30348-5428 |
| 25277311 | Email/Text: bnc-quantum@quantum3group.com | May 28 2026 20:56:00 | Quantum3 Group LLC as agent for, Bread Pay, PO Box 788, Kirkland, WA 98083-0788 |
| 25314567 | Email/Text: bnc-quantum@quantum3group.com | May 28 2026 20:56:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25242311 | Email/Text: bnc-quantum@quantum3group.com | May 28 2026 20:56:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25210436 | + Email/PDF: resurgentbknotifications@resurgent.com | May 28 2026 20:58:06 | Resurgent Receivables, PO Box 1269, Greenville, SC 29602-1269 |
| 25219233 | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2026 20:57:53 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25259359 | Email/Text: bankruptcy@springoakscapital.com | May 28 2026 20:55:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 25210437 | Email/Text: bankruptcy@springoakscapital.com | May 28 2026 20:55:00 | Spring Oaks Capital LLC, PO Box 1216, Chesapeake, VA 23327 |
| 25301865 | + Email/Text: bncmail@w-legal.com | May 28 2026 20:55:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 25210438 | ^ MEBN | May 28 2026 20:46:26 | Trans Union, PO Box 1000, Chester, PA 19016-1000 |
| 25306423 | ^ MEBN | May 28 2026 20:47:16 | Trois-Rivieres Solutions River Funds Group, PO BOX 1427, Addison, IL 60101-8427 |

District/off: 113E-7 | User: bncadmin | Page 3 of 3
Date Rcvd: May 28, 2026 | Form ID: pdf403 | Total Noticed: 44

| 25220702 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
|---|---|---|---|
| | | May 28 2026 20:56:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 25213626 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | | |
| | | May 28 2026 20:56:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name**            **Email Address**

Jeffrey Branan Kelly

on behalf of Debtor Catherine Lashawn Peterson kellycourtnotices@gmail.com Kellygabankruptcy@gmail.com;LawOfficesofJeffreyBKelly@jubileebk.net

Matthew Franklin Totten

on behalf of Creditor Progress Residential Borrower 13  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Melissa J. Davey

mail@13trusteeatlanta.com  cdbackup@13trusteeatlanta.com

TOTAL: 3