**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **CATHERINE LASHAWN PETERSON,** | ) | **CHAPTER 13** |
| | ) | |
| | ) | **CASE NO. 25-10488-LRC** |
| **DEBTOR,** | ) | |
| | ) | **JUDGE RITCHEY CRAIG** |

**MOTION TO SUSPEND CHAPTER 13 PAYMENTS**

Comes now the Debtor by and through counsel and moves this Court for a suspension of Debtor's Chapter 13 plan payments and shows the Court as follows:

1.

This instant case was filed on or about April 2nd, 2025.

2.

In October 2026, the 2020 Chevrolet Equinox engine failed and Debtor cannot afford the repairs to make the vehicle operable again.

3.

Debtor requests a suspension of trustee payments for November 2026, December 2026, and January 2027, with payments to resume in February 2027 in order for Debtor to use funds to purchase a replacement vehicle.

4.

The suspension will not cause a term problem and is in the best interest of all parties involved.

**WHEREFORE**, Debtor prays that the motion be granted and the Court enter an Order suspending the November 2026, December 2026, and January 2027.

This 30th day of October, 2026

Respectfully Submitted,

/s/ Jeffrey B. Kelly
Attorney for Debtor
GA Bar No.: 412798

Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127
(706) 413-1365 (fax)
lawoffice@kellycanhelp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October, 2026 I electronically filed the foregoing Motion to Suspend Plan Payments with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Catherine L. Peterson
2018 Roaming Meadows Rd
Villa Rica, GA 30180

*All parties on the attached matrix.*

This 30th day of October, 2026

/s/ Jeffrey B. Kelly
Law Office of Jeffrey B. Kelly, P.C.
Attorney for Debtor
Georgia Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (Phone)
(470) 600-7165 (Fax)
lawoffice@kellycanhelp.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-3<br>Case 25-10488-lrc<br>Northern District of Georgia<br>Newnan<br>Fri Oct 30 11:45:37 EDT 2026 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438-0901 | American Credit Acceptance<br>961 E Main St<br>Spartanburg, SC 29302-2149 | Caine & Weiner<br>1699 E Woodfield Road<br>Schaumburg, IL 60173-4935 |
| Carroll County Magistrate Cour<br>PO Box 338<br>Carrollton, GA 30112-0053 | Celtic Bank<br>PO Box 4499<br>Beaverton, OR 97076-4499 | Credit One Bank NA<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 |
| Melissa J. Davey<br>Standing Chapter 13 Trustee<br>Suite 2250<br>233 Peachtree Street NE<br>Atlanta, GA 30303-1509 | Dept of Education/Nelnet<br>121 S 13th Street<br>Lincoln, NE 68508-1911 | Drivetime<br>7300 E Hampton Ave<br>STE 101<br>Mesa, AZ 85209-3324 |
| (p)EQUIFAX INC<br>1550 Peachtree Street NE<br>Atlanta, GA 30309 | (p)EXETER FINANCE LLC<br>NANNETTE ALAMILLA<br>2101 W JOHN CARPENTER FWY<br>IRVING TX 75063-3228 | Experian<br>PO Box 9701<br>Allen, TX 75013-9701 |
| (p)FIRST SAVINGS BANK<br>ATTN BANKRUPTCY<br>1500 S HIGHLINE AVE<br>SIOUX FALLS SD 57110-1003 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | (p)GEORGIA DEPARTMENT OF REVENUE<br>BANKRUPTCY<br>2595 CENTURY PKWY NE SUITE 339<br>ATLANTA GA 30345-3173 |
| Hayt, Hayt & Landau, P.L.<br>Atty for Jefferson Capital Sys<br>8725 Dunwoody Place Suite 1<br>Atlanta, GA 30350-2908 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Jefferson Capital Systems, LLC<br>200 14th Ave E<br>Sartell, MN 56377-4500 | Jonathan Barnum<br>212 Alton Cir<br>Villa Rica, GA 30180-5175 | Jeffrey Branan Kelly<br>Law Office of Jeffrey B. Kelly, P.C.<br>107 E. 5th Avenue<br>Rome, GA 30161-1725 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | NCB Management Services<br>P.O. Box 1099<br>Langhorne, PA 19047-6099 | Catherine Lashawn Peterson<br>2018 Rolling Meadows Rd<br>Villa Rica, GA 30180-6967 |
| Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)PLAZA SERVICES LLC<br>ATTN MANNY WILLIAMS<br>110 HAMMOND DRIVE<br>SUITE 110<br>ATLANTA GA 30328-4806 | Progress Residential<br>1165 Northchase Parkway<br>Ste 170<br>Marietta, GA 30067-6494 |

Progress Residential
1165 Northchase Parkway
Ste 170
Marietta, GA 30067
Scottsdale, AZ 85256

Progress Residential Borrower 13, LLC
The Totten Firm
2090 Dunwoody Club Dr
Suite 106-33
Atlanta, GA 30350-5434

Progressive
PO Box 105428
Atlanta, GA 30348-5428

Quantum3 Group LLC as agent for
Bread Pay
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Resurgent Receivables
PO Box 1269
Greenville, SC 29602-1269

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)SPRING OAKS CAPITAL LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338-4154

Trans Union
PO Box 1000
Chester, PA 19016-1000

Trois-Rivieres Solutions River Funds Group
PO BOX 1427
Addison, IL 60101-8427

U.S. Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508-1911

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Willie C Jackson
7 Playfield Ct.
Columbus, GA 31907-4519

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Equifax
PO Box 740241
Atlanta, GA 30374-0241

Exeter Finance LLC
PO Box 166097
Irving, TX 75016

FSB Blaze Credit Card
500 E. 60th St
Sioux Falls, SD 57104

Georgia Department of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321-1108

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617

Plaza Services, LLC
110 Hammond Drive
Suite 110
Atlanta, GA 30328

SPRING OAKS CAPITAL SPV, LLC
PO BOX 1216
CHESAPEAKE, VA 23327-1216

(d)Spring Oaks Capital LLC
PO Box 1216
Chesapeake, VA 23327

End of Label Matrix
Mailable recipients 45
Bypassed recipients 0
Total 45