**IT IS ORDERED as set forth below:**

**Date: November 3, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE:<br><br>CATHERINE LASHAWN PETERSON,<br><br>Debtor. | CASE NO. 25-10488-LRC<br><br>CHAPTER 13 |

**ORDER AND NOTICE OF EXPEDITED HEARING ON DEBTOR'S MOTION TO SUSPEND PLAN PAYMENTS**

Before the Court is Catherine Lashawn Peterson's (the "Debtor") *Motion to Suspend Chapter 13 Payments* (Doc. 51, the "Motion to Suspend") and *Motion to Shorten Time Requesting Expedited Hearing* (Doc. 52, the "Expedited Hearing Motion"). In the Expedited Hearing Motion, Debtor asserts that the Motion to Suspend must be heard on an expedited basis because Debtor is without transportation, as her only vehicle has become inoperable, potentially risking her ability to retain her current employment. The Motion to Suspend requests a three-month suspension of plan payments, so Debtor can afford to purchase a replacement vehicle. For good cause shown,

IT IS ORDERED that the Expedited Hearing Motion is **GRANTED**, and notice is

given that the Court shall hold an expedited in-person hearing on the Motion to Suspend (Doc. 51) on **November 17, 2026,** at **9:15 A.M.** in 2nd Floor Courtroom, 18 Greenville St., Newnan, GA 30263.

**END OF DOCUMENT**

**Distribution List:**

ALL PARTIES ON THE COURT'S MAILING MATRIX