**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **CATHERINE LASHAWN PETERSON,** | ) | **CHAPTER 13** |
| | ) | |
| | ) | **CASE NO. 25-10488-LRC** |
| **DEBTOR,** | ) | |
| | ) | **JUDGE RITCHEY CRAIG** |

**MOTION TO INCUR NEW DEBT**

Comes now **CATHERINE LASHAWN PETERSON**, Debtor in the above-styled Chapter 13 case, by and through undersigned counsel, and files this "Motion to Incur New Debt" and shows the Court the following:

**1.**

On April 2nd, 2025, Debtor filed a Voluntary Petition for relief under Chapter 13 of the United States Bankruptcy Court pursuant to the provisions of 11 U.S.C. Section 362.

**2.**

Since filing, the 2020 Chevrolet Equinox, listed as an asset in Debtor's case, has become inoperable, leaving her completely without transportation.

**3.**

Debtor requests permission from this Court in order to enter into a loan agreement with Pitts Toyota in order to purchase a 2025 Chevrolet Truck Blazer LT or similar or like vehicle at terms that do not exceed the following. Total loan amount of $27.038.93, with a 21.45% interest rate, and monthly payments of $663.15 for a 75 month term (Finance terms attached here-to as Exhibit "A"). A down payment of $2,000.00 will be provided by funds gifted to Debtor by her family.

**WHEREFORE** Debtor prays:

(a) That this "Motion To Incur New Debt" be filed, read and considered;

(b) That the Debtor be allowed to incur new debt;

(c) That this Honorable Court grants such other and further relief as it may deem just and proper.

This 4th day of November 2026

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
Phone (678) 861-1127
Fax (706) 413-1365
lawoffice@kellycanhelp.com

"EXHIBIT A"

TOYOTA
SCION

# Pitts
## RETAIL WORKSHEET

www.pittstoyota.com
210 N. Jefferson Street Dublin, GA 31021
**Phone: 478-272-3244**
**Fax: 478-272-1524**

| BUYER | CO-BUYER | |
|---|---|---|
| | | **Deal #:** 87707 |
| | | **Cust #:** 100034 |
| | | **Deal Type:** Retail |
| | | **Deal Date:** 10/31/2026 |
| | | **Print Time:** 08:39am |

CATHERINE PETERSON
201 8 ROLLING MEADOWS RD
VILLA RICA, GA 30180
Exp:
NONE

**Home #:**
**Work #:** (706) 366-3900
**Cell #:** (706) 358-7969

**Home #:**
**Work #:**
**Cell #:**

**Salesperson:** ANTHONY MORRIS

### VEHICLE

| | **Stock #:** | **Description:** | **VIN:** | **Mileage:** |
|---|---|---|---|---|
| **New** ☐<br>**Used** ☑<br>**Demo** ☐ | 97681 | 2025 CHEVROLET TRUCK BLAZER LT | | 23,420 |

### TRADE

**Lienholder:** **Stock #:**

### PAYMENTS

**Option 1: (retail)**

| | |
|---|---|
| **Cash** | **$2,000.00** |
| 75 mth @ 21.45 | $ 663.15 |

| | | |
|---|---|---|
| Total List Price: | $ | 26,900.00 |
| | | |
| Discount: | $ | 500.00 |
| **SELLING PRICE:** | **$** | **26,400.00** |
| Total Trade-In Allowance: | $ | 0.00 |
| Cash Difference: | $ | 26,400.00 |
| Customer Services: | $ | 699.00 |
| Taxable Sales | $ | 27,099.00 |
| TAVT: | $ | 1,896.93 |
| Subtotal: | $ | 28,995.93 |
| Tag: | $ | 25.00 |
| Title: | $ | 18.00 |
| M.V.W.R.A.: | $ | 0.00 |
| **TOTAL SELLING PRICE:** | **$** | **29,038.93** |
| Owing on Trade-In: | $ | 0.00 |
| Subtotal: | $ | 29,038.93 |
| TLC: | $ | 0.00 |
| Cash on Delivery | $ | 2,000.00 |
| Rebate: | $ | 0.00 |
| **UNPAID CASH BALANCE** | **$** | **27,038.93** |

CONSUMER PORTFOLIO SERVICES INC
PO BOX 57071
IRVINE, CA 92619-7071

Buyer Signature ______________________

Co-Buyer Signature ______________________ Accepted by ______________________
Management Signature

In the event of increase in price by manufacturer before delivery I agree to pay the difference in price.

**ORDER NOT VALID UNLESS ACCEPTED AND SIGNED BY MANAGEMENT.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **CATHERINE LASHAWN PETERSON,** | ) | **CHAPTER 13** |
| | ) | |
| | ) | **CASE NO. 25-10488-LRC** |
| **DEBTOR,** | ) | |
| | ) | **JUDGE RITCHEY CRAIG** |

**NOTICE OF MOTION TO INCUR NEW DEBT, DEADLINE TO OBJECT AND HEARING**

**CATHERINE LASHAWN PETERSON**, Debtor, has filed a **MOTION TO INCUR NEW DEBT**, on November 4, 2026. Pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk**, Clerk, U.S. Bankruptcy Court, 2nd Floor, 18 Greenville St., Newnan, GA 30263 and serve a copy on the movant's attorney, Jeffrey B. Kelly at 107 E 5th Ave Rome, GA 30165, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time

**A hearing on the pleading has been scheduled for December 8, 2026. The court will hold a hearing on the Motion to Incur New Debt at 9:15am on December 8, 2026 in 2nd Floor Courtroom, 18 Greenville St., Newnan, GA 30263, which must be attended in person, unless the Court orders otherwise.**

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief is requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but not order is entered granting relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled. **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: November 4, 2026

/s/ Jeffrey B. Kelly
Attorney for Debtor
GA Bar No.: 412798
107 E 5th Avenue
Rome, GA 30161
(678) 861-1127 (phone)
(470) 600-7165 (fax)
lawoffice@kellycanhelp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2026 I electronically filed the foregoing Motion to Incur New Debt and Notice of Hearing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Catherine L. Peterson
2018 Roaming Meadows Rd
Villa Rica, GA 30180

U.S. Attorney
600 Richard Russell Bldg.
75 Ted Turner Drive SW
Atlanta, GA 30303

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

Pitts Toyota
Attn: Anthony Morris, Salesperson
210 N Jefferson St.
Dublin, GA 31021

*All creditors on attached matrix.*

This 4th day of November, 2026

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
Phone (678) 861-1127
Fax (706) 413-1365
lawoffice@kellycanhelp.com

Label Matrix for local noticing
113E-3
Case 25-10488-lrc
Northern District of Georgia
Newnan
Wed Nov 4 09:17:36 EST 2026

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 380901
Minneapolis, MN 55438-0901

American Credit Acceptance
961 E Main St
Spartanburg, SC 29302-2149

Caine & Weiner
1699 E Woodfield Road
Schaumburg, IL 60173-4935

Carroll County Magistrate Cour
PO Box 338
Carrollton, GA 30112-0053

Celtic Bank
PO Box 4499
Beaverton, OR 97076-4499

Credit One Bank NA
P.O. Box 98872
Las Vegas, NV 89193-8872

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303-1509

Dept of Education/Nelnet
121 S 13th Street
Lincoln, NE 68508-1911

Drivetime
7300 E Hampton Ave
STE 101
Mesa, AZ 85209-3324

(p)EQUIFAX INC
1550 Peachtree Street NE
Atlanta, GA 30309

(p)EXETER FINANCE LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

Experian
PO Box 9701
Allen, TX 75013-9701

(p)FIRST SAVINGS BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Hayt, Hayt & Landau, P.L.
Atty for Jefferson Capital Sys
8725 Dunwoody Place Suite 1
Atlanta, GA 30350-2908

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jefferson Capital Systems, LLC
200 14th Ave E
Sartell, MN 56377-4500

Jonathan Barnum
212 Alton Cir
Villa Rica, GA 30180-5175

Jeffrey Branan Kelly
Law Office of Jeffrey B. Kelly, P.C.
107 E. 5th Avenue
Rome, GA 30161-1725

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

NCB Management Services
P.O. Box 1099
Langhorne, PA 19047-6099

Catherine Lashawn Peterson
2018 Rolling Meadows Rd
Villa Rica, GA 30180-6967

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)PLAZA SERVICES LLC
ATTN MANNY WILLIAMS
110 HAMMOND DRIVE
SUITE 110
ATLANTA GA 30328-4806

Progress Residential
1165 Northchase Parkway
Ste 170
Marietta, GA 30067-6494

Progress Residential
1165 Northchase Parkway
Ste 170
Marietta, GA 30067
Scottsdale, AZ 85256

Progress Residential Borrower 13, LLC
The Totten Firm
2090 Dunwoody Club Dr
Suite 106-33
Atlanta, GA 30350-5434

Progressive
PO Box 105428
Atlanta, GA 30348-5428

Quantum3 Group LLC as agent for
Bread Pay
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Resurgent Receivables
PO Box 1269
Greenville, SC 29602-1269

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)SPRING OAKS CAPITAL LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338-4154

Trans Union
PO Box 1000
Chester, PA 19016-1000

Trois-Rivieres Solutions River Funds Group
PO BOX 1427
Addison, IL 60101-8427

U.S. Department of Education c/o Nelnet
121 S 13th St
Lincoln, NE 68508-1911

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Willie C Jackson
7 Playfield Ct.
Columbus, GA 31907-4519

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Equifax
PO Box 740241
Atlanta, GA 30374-0241

Exeter Finance LLC
PO Box 166097
Irving, TX 75016

FSB Blaze Credit Card
500 E. 60th St
Sioux Falls, SD 57104

Georgia Department of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321-1108

Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617

Plaza Services, LLC
110 Hammond Drive
Suite 110
Atlanta, GA 30328

SPRING OAKS CAPITAL SPV, LLC
PO BOX 1216
CHESAPEAKE, VA 23327-1216

(d)Spring Oaks Capital LLC
PO Box 1216
Chesapeake, VA 23327

End of Label Matrix
Mailable recipients 45
Bypassed recipients 0
Total 45