**IT IS ORDERED as set forth below:**

**Date: November 3, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE:<br><br>CATHERINE LASHAWN PETERSON,<br><br>Debtor. | CASE NO. 25-10488-LRC<br><br><br>CHAPTER 13 |

**ORDER AND NOTICE OF EXPEDITED HEARING ON DEBTOR'S MOTION TO SUSPEND PLAN PAYMENTS**

Before the Court is Catherine Lashawn Peterson's (the "Debtor") *Motion to Suspend Chapter 13 Payments* (Doc. 51, the "Motion to Suspend") and *Motion to Shorten Time Requesting Expedited Hearing* (Doc. 52, the "Expedited Hearing Motion"). In the Expedited Hearing Motion, Debtor asserts that the Motion to Suspend must be heard on an expedited basis because Debtor is without transportation, as her only vehicle has become inoperable, potentially risking her ability to retain her current employment. The Motion to Suspend requests a three-month suspension of plan payments, so Debtor can afford to purchase a replacement vehicle. For good cause shown,

IT IS ORDERED that the Expedited Hearing Motion is **GRANTED**, and notice is

given that the Court shall hold an expedited in-person hearing on the Motion to Suspend (Doc. 51) on **November 17, 2026,** at **9:15 A.M.** in 2nd Floor Courtroom, 18 Greenville St., Newnan, GA 30263.

**END OF DOCUMENT**

**Distribution List:**

ALL PARTIES ON THE COURT'S MAILING MATRIX

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 25-10488-lrc
Catherine Lashawn Peterson Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-7 User: bncadmin Page 1 of 3
Date Rcvd: Nov 03, 2026 Form ID: pdf534 Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catherine Lashawn Peterson, 2018 Rolling Meadows Rd, Villa Rica, GA 30180-6967 |
| cr | + | Progress Residential Borrower 13, LLC, The Totten Firm, 2090 Dunwoody Club Dr, Suite 106-33, Atlanta, GA 30350-5434 |
| 25210417 | + | Carroll County Magistrate Cour, PO Box 338, Carrollton, GA 30112-0053 |
| 25287227 | | Progress Residential, 1165 Northchase Parkway, Ste 170, Marietta, GA 30067, Scottsdale, AZ 85256 |
| 25210439 | + | Willie C Jackson, 7 Playfield Ct., Columbus, GA 31907-4519 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Nov 03 2026 20:05:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | + | Email/Text: ustpregion14.px.ecf@usdoj.gov | Nov 03 2026 20:05:00 | U.S. Trustee, Office of the U.S. Trustee, 230 North First Avenue, Suite 204, Phoenix, AZ 85003-1725 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 03 2026 20:12:55 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25313777 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 03 2026 20:12:40 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25210414 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 03 2026 20:04:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 25210415 | + | Email/Text: bankruptcy@acacceptance.com | Nov 03 2026 20:05:00 | American Credit Acceptance, 961 E Main St, Spartanburg, SC 29302-2149 |
| 25210416 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 03 2026 20:05:24 | Caine & Weiner, 1699 E Woodfield Road, Schaumburg, IL 60173-4935 |
| 25210418 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 03 2026 20:06:00 | Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 25210419 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 03 2026 20:12:57 | Credit One Bank NA, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 25210420 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 03 2026 20:06:00 | Dept of Education/Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 25210421 | + | Email/Text: rm-bknotices@bridgecrest.com | Nov 03 2026 20:06:00 | Drivetime, 7300 E Hampton Ave, STE 101, Mesa, AZ 85209-3324 |
| 25210422 | | Email/Text: bankruptcycourts@equifax.com | Nov 03 2026 20:05:00 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |

| | | | | |
|---|---|---|---|---|
| 25210423 | | Email/Text: exeter@ebn.phinsolutions.com | Nov 03 2026 20:05:00 | Exeter Finance LLC, PO Box 166097, Irving, TX 75016 |
| 25210424 | ^ | MEBN | Nov 03 2026 20:01:09 | Experian, PO Box 9701, Allen, TX 75013-9701 |
| 25210426 | | Email/Text: BNSFS@capitalsvcs.com | Nov 03 2026 20:04:00 | FSB Blaze Credit Card, 500 E. 60th St, Sioux Falls, SD 57104 |
| 25210425 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 03 2026 20:12:29 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 25210427 | | Email/Text: brnotices@dor.ga.gov | Nov 03 2026 20:05:00 | Georgia Department of Revenue, Bankruptcy Section, PO Box 161108, Atlanta, GA 30321-1108 |
| 25210428 | ^ | MEBN | Nov 03 2026 20:01:23 | Hayt, Hayt & Landau, P.L., Atty for Jefferson Capital Sys, 8725 Dunwoody Place Suite 1, Atlanta, GA 30350-2908 |
| 25210429 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2026 20:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 25294786 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 03 2026 20:06:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 25210430 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 03 2026 20:06:00 | Jefferson Capital Systems, LLC, 200 14th Ave E, Sartell, MN 56377-4500 |
| 25307677 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2026 20:12:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25210432 | ^ | MEBN | Nov 03 2026 20:01:02 | NCB Management Services, P.O. Box 1099, Langhorne, PA 19047-6099 |
| 25210433 | | Email/Text: info@plazaservicesllc.com | Nov 03 2026 20:04:00 | Plaza Services, LLC, 110 Hammond Drive, Suite 110, Atlanta, GA 30328 |
| 25219234 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2026 20:12:31 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25210434 | + | Email/Text: bknotices@progressresidential.com | Nov 03 2026 20:06:00 | Progress Residential, 1165 Northchase Parkway, Ste 170, Marietta, GA 30067-6494 |
| 25210435 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Nov 03 2026 20:04:00 | Progressive, PO Box 105428, Atlanta, GA 30348-5428 |
| 25277311 | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2026 20:05:00 | Quantum3 Group LLC as agent for, Bread Pay, PO Box 788, Kirkland, WA 98083-0788 |
| 25314567 | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2026 20:05:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25242311 | | Email/Text: bnc-quantum@quantum3group.com | Nov 03 2026 20:05:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25210436 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2026 20:12:30 | Resurgent Receivables, PO Box 1269, Greenville, SC 29602-1269 |
| 25219233 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2026 20:12:58 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25259359 | | Email/Text: bankruptcy@springoakscapital.com | Nov 03 2026 20:04:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 25210437 | | Email/Text: bankruptcy@springoakscapital.com | Nov 03 2026 20:04:00 | Spring Oaks Capital LLC, PO Box 1216, Chesapeake, VA 23327 |
| 25301865 | + | Email/Text: bncmail@w-legal.com | Nov 03 2026 20:05:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 25210438 | ^ | MEBN | Nov 03 2026 20:01:08 | Trans Union, PO Box 1000, Chester, PA 19016-1000 |

| | | | | |
|---|---|---|---|---|
| 25306423 | ^ | MEBN | Nov 03 2026 20:01:10 | Trois-Rivieres Solutions River Funds Group, PO BOX 1427, Addison, IL 60101-8427 |
| 25220702 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 03 2026 20:06:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 25213626 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 03 2026 20:05:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | Plaza Services, LLC&line_sep;Attn Manny Williams&l |
| 25210431 | ##+ | Jonathan Barnum, 212 Alton Cir, Villa Rica, GA 30180-5175 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Branan Kelly | on behalf of Debtor Catherine Lashawn Peterson kellycourtnotices@gmail.com Kellygabankruptcy@gmail.com;LawOfficesofJeffreyBKelly@jubileebk.net |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 13 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com |

TOTAL: 3